OPINION — AG — ** SCHOOL DISTRICT — SCHOOL CLERK — REMOVAL ** THE CLERK OF THE BOARD OF EDUCATION (SCHOOL BOARD) OF A DEPENDENT (OR INDEPENDENT) SCHOOL DISTRICT MAY BE REMOVED FROM HIS POSITION AS CLERK BY THE BOARD OF EDUCATION THAT ELECTED OR APPOINTED HIM. (REMOVAL, VACANCY, SERVES AT THE PLEASURE OF THE SCHOOL BOARD) CITE: 70 O.S. 4-1 [70-4-1], 70 O.S. 4-24 [70-4-24] (J. H. JOHNSON)